UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **PETER JACKSON**, | ) Case No. |
| Plaintiff, | ) **COMPLAINT AND JURY DEMAND** |
| vs. | ) |
| **GE CAPITAL RETAIL BANK,** | ) |
| Defendant. | ) |

## NATURE OF ACTION

1. This is an action brought under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3. Venue is proper before this Court under 28 U.S.C. § 1391(b), as the acts and transactions giving rise to Plaintiff's action occurred in this district, Plaintiff resides in this district, and Defendant transacts business in this district.

COMPLAINT - 1

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

# PARTIES

4.     Plaintiff Peter Jackson ("Plaintiff") is a natural person who at all relevant times resided in the State of Washington, County of Whatcom, and City of Bellingham.

5.     Defendant GE Capital Retail Bank ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff.

# FACTUAL ALLEGATIONS

6.     In mid-September, 2013, Plaintiff spoke with Defendant and told Defendant not to call him.

7.     Subsequently, Defendant placed multiple telephone calls to Plaintiff's cellular telephone number, including, but not limited to, the following dates and approximate times:

1) September 26, 2013 at 6:07 P.M.;
2) September 27, 2013 at 6:05 P.M.;
3) September 28, 2013 at 6:04 P.M.;
4) September 29, 2013 at 10:03 A.M.;
5) September 29, 2013 at 6:18 P.M.;
6) October 5, 2013 at 1:38 P.M.;
7) October 6, 2013 at 10:13 A.M.;
8) October 6, 2013 at 4:39 P.M.;
9) October 9, 2013 at 1:51 P.M.;
10) October 9, 2013 at 8:30 P.M.;
11) October 20, 2013 at 10:27 A.M.;
12) October 20, 2013 at 12:58 P.M.;
13) October 20, 2013 at 2:20 P.M.;
14) October 20, 2013 at 4:36 P.M.;
15) October 21, 2013 at 8:31 A.M.;
16) October 21, 2013 at 12:46 P.M.;
17) October 22, 2013 at 10:42 A.M.;
18) October 23, 2013 at 8:12 A.M.;
19) October 23, 2013 at 10:29 A.M.;

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

20) October 23, 2013 at 7:55 P.M.;
21) October 24, 2013 at 8:33 A.M.;
22) October 24, 2013 at 9:36 A.M.;

8. During many of the above-referenced calls, Defendant delivered a voicemail message to Plaintiff using an artificial or pre-recorded voice.

9. Upon information and belief, the telephone calls identified above were placed to Plaintiff's cellular telephone number using an automatic telephone dialing system.

10. Defendant did not place any telephone calls to Plaintiff for emergency purposes.

11. Defendant did not have Plaintiff's prior express consent to make any telephone calls to Plaintiff's cellular telephone number.

12. Upon information and belief, Defendant placed the telephone calls to Plaintiff identified above voluntarily.

13. Upon information and belief, Defendant placed the telephone calls to Plaintiff identified above under its own free will.

14. Upon information and belief, Defendant had knowledge that it was using an automatic telephone dialing system or an artificial or pre-recorded voice to place each of the telephone calls identified above.

15. Upon information and belief, Defendant intended to use an automatic telephone dialing system or an artificial or pre-recorded voice to place each of the telephone calls identified above.

COMPLAINT - 3

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

16. Upon information and belief, Defendant maintains business records that show all calls Defendant placed to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATION OF 47 U.S.C. § 227(b)(1)(A)(iii)

17. Plaintiff repeats and re-alleges each and every factual allegation above.

18. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by willfully and knowingly placing telephone calls to Plaintiff's cellular telephone number using an automatic telephone dialing system and/or an artificial or pre-recorded voice.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b) Enjoining Defendant from placing any further telephone calls to Plaintiff in violation of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(A);

c) Awarding Plaintiff statutory damages in the amount of $500.00 per violation, pursuant to 47 U.S.C. § 227(b)(3)(B);

d) Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e) Awarding Plaintiff treble damages, pursuant to 47 U.S.C. § 227(b)(3);

f) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

g) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

h) Awarding such other and further relief as the Court may deem just and proper.

COMPLAINT - 4

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

**TRIAL BY JURY**

19. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: April 29, 2014

                                                Respectfully submitted,

                                                <u>s/Jon N. Robbins</u>
                                                Jon N. Robbins WSBA#28991
                                                Thompson Consumer Law Group, PLLC
                                                Attorney for Plaintiff

COMPLAINT - 5

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com