The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **PETER JACKSON**, | ) Case No. 2:14-cv-00632-TSZ |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| **GE CAPITAL RETAIL BANK,** | ) |
| Defendant. | ) |

Plaintiff Peter Jackson ("Plaintiff") hereby notifies the Court that he has reached a settlement agreement regarding his claims against Defendant GE Capital Retail Bank ("GE Capital"). Plaintiff asks the Court to retain jurisdiction over this matter for 60 days to allow the parties to complete the settlement and to dismiss this action with prejudice thereafter unless either party files moves to enforce or reopen this action.

Respectfully submitted,

s/Jon N. Robbins
Jon N. Robbins WSBA#28991
Thompson Consumer Law Group, PLLC

Attorney for Plaintiff

**NOTICE OF SETTLEMENT- 1**
Case No. 2:14-cv-00632-TSZ

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michele L. Stephen, WSBA #39458
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: mstephen@sbwLLP.com

Christine N. Czuprynski
Reed Smith
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606
(312) 207-6459
cczuprynski@reedsmith.com

s/Jon N. Robbins<br>Jon N. Robbins

**NOTICE OF SETTLEMENT- 2**
Case No. 2:14-cv-00632-TSZ

Jon N. Robbins
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com